IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONTEMPORARY DISPLAY, LLC, | § § § |
| Plaintiff, | § § Civil Action No.: 2:18-cv-152-RWS § |
| v. | § JURY TRIAL DEMANDED § |
| LG ELECTRONICS U.S.A., INC. and LG ELECTRONICS MOBILECOMM U.S.A., INC., | § § § § § |
| DefendantS. | § § |

**FINAL JUDGMENT**

Pursuant to the Parties' Joint Motion to Dismiss With Prejudice, the Court has **DISMISSED WITH PREJUDICE** all claims and counterclaims asserted in this suit between Plaintiff Contemporary Display LLC and Defendants LG Electronics U.S.A., Inc. and LG Electronics MobileComm U.S.A., Inc. and hereby enters Final Judgment.

All costs, expenses and attorneys' fees are to be borne by the party that incurred them. All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case

It is so **ORDERED**.

**SIGNED this 13th day of December, 2018.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE